LENOX, SOCEY, FORMIDONI, GIORDANO, COOLEY, LANG & CASEY, LLC
Patrick F. Carrigg, Esq. Atty. Id. No. 035892005
Michael A. Pattanite Jr, Esq. Atty. Id. No. 019212010
136 Franklin Corner Rd, Unit B-2
Lawrenceville, New Jersey 08648
(609) 896-2000
Attorneys for Defendant: **Monmouth County Vocational School District**

| | |
|---|---|
| MICHAEL SCHULER, LAURA SCHULER, and HALEY SCHULER, <br><br> Plaintiffs, <br><br> vs. <br><br> MONMOUTH COUNTY VOCATIONAL SCHOOL DISTRICT, <br><br> Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br> CASE NO.: 3:19-CV-0025-BRM-DEA <br><br> CIVIL ACTION <br><br> **Entry of Appearance** |

**PLEASE TAKE NOTICE** that Michael A. Pattanite Jr., Esq. and Patrick F. Carrigg, Esq. of LENOX, SOCEY, FORMIDONI, GIORDANO, COOLEY, LANG & CASEY, LLC hereby appears on behalf of Defendants, **Monmouth County Vocation School District**, as counsel in the above-captioned action and requests that all future correspondence and papers be served accordingly. Michael A. Pattanite Jr., Esq. and Patrick F. Carrigg, Esq. are members in good standing of the bar of this Court.

LENOX, SOCEY, FORMIDONI, GIORDANO, COOLEY, LANG & CASEY, LLC

_____
Michael A. Pattanite Jr., Esq.
Attorney for Board Defendants

                                  LENOX, SOCEY, FORMIDONI, GIORDANO,
                                  COOLEY, LANG & CASEY, LLC

                                  _/s/ Patrick F. Carrigg_
                                  Patrick F. Carrigg, Esq.
                                  Attorney for Board Defendants

DATED: January 10, 2019