LENOX, SOCEY, FORMIDONI, GIORDANO, COOLEY, LANG & CASEY

A LIMITED LIABILITY COMPANY
COUNSELORS AT LAW
136 FRANKLIN CORNER RD-B2
LAWRENCEVILLE, NEW JERSEY 08648

(609) 896-2000
——
FAX (609) 895-1693

RUDOLPH A. SOCEY, JR., P.C.
ROLAND R. FORMIDONI
ROBERT P. CASEY, P.C.
GREGORY J. GIORDANO†
JEREMY P. COOLEY*†
JOSEPH R. LANG‡

*MEMBER OF N.J. AND PA. BAR
**MEMBER OF N.J. PA & N.Y. BAR
***MEMBER OF N.J. & N.Y. BAR
‡CERTIFIED AS A CIVIL TRIAL ATTORNEY

ROBERT F. CASEY, P.C.
PATRICK F. CARRIGG***
MICHAEL A. PATTANITE, JR.
CASEY ACKER
STEPHANIE VIOLA

SAMUEL D. LENOX
1922–1975

July 2, 2019

*Via E-Courts Filing*
The Honorable Douglass E. Alpert, U.S.M.J.
The Federal District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

        RE:     Haley Schuler v. Monmouth County Vocational BOE
                3:19-CV-00025-BRM-DEA

Dear Your Honor:

        Please be advised this office represents the moving party Monmouth County Vocational Technical Schools in the above referenced matter. I have received Plaintiff's response brief that was not delivered directly electronically to me by the fault of Plaintiff. I have received Plaintiff's consent to file a reply brief within the next five days or by July 8, 2019. I ask Your Honor grant Defendant's request to file a reply brief by July 8, 2019.

                Respectfully submitted,

                *Michael A Pattanite*

                Michael A. Pattanite Jr., Esq.
                For the Firm

MAP/vl